**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| MARTIQUE KING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV425-299 |
| | ) | |
| JOHN DOES, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

*Pro se* plaintiff Martique King filed a Complaint alleging that his constitutional rights were violated during an arrest and state criminal prosecution. *See generally* doc. 1; *see also* doc. 10 at 1. The Court authorized him to proceed *in forma pauperis*, screened his Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B), and afforded him an opportunity to amend his claims. *See generally* doc. 10. The deadline for him to submit an amended complaint was June 25, 2026. *See id.* at 7. He has not complied with the Order. *See generally* docket. The Court's Order expressly warned him that failure to timely comply could result in dismissal of his case. *Id.* at 7-8 (citing Fed. R. Civ. P. 41(b)).

This Court has the authority to prune cases from its docket where parties have failed to comply with its Orders. *See* S.D. Ga. L.R. 41.1(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989) ("The district court possesses the inherent power to police its docket."); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992). King's failure to comply with the Court's Order, along with the substantive defects in the original Complaint, *see generally* doc. 10, warrants dismissal.

Accordingly, King's Complaint is **DISMISSED**. *See, e.g.,* Fed. R. Civ. P. 41(b). The Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED,** this 17th day of August, 2026.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA